IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHE FONTILUS,<br>　　　　*Plaintiff,*<br><br>　　v.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY,<br>　　　　*Defendant.* | CIVIL ACTION NO.<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

**I.   PARTIES**

1. Plaintiff, Miche Fontilus, is an adult individual residing at 1470 Heather Ridge Court, Frederick, Maryland 21702.

2. Defendant, Travelers Personal Insurance Company, is a corporation organized and existing under the laws of the State of Connecticut, with its principal place of business located at One Tower Square, Hartford, Connecticut 06183, and authorized to transact business in Maryland.

3. At all relevant times, Defendant acted by and through its duly authorized agents, servants, employees, and/or representatives within the scope of their authority and employment.

**II.   JURISDICTION & VENUE**

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5. Venue is proper in this District under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claims occurred in this District and the insured property is located in Frederick, Maryland.

### III. CAUSE OF ACTION AND RELIEF REQUESTED

6. Plaintiff is the legal and equitable owner and insured of property located at 1470 Heather Ridge Court, Frederick, MD 21702 (the "Property").

7. Defendant, in its regular course of business, issued an insurance policy to Plaintiff bearing policy number 6140150026331 (the "Policy"), which was in full force and effect at all relevant times. Plaintiff is not in possession of the full Policy and believes that Defendant is in possession of the complete Policy.

8. On or about September 9, 2024, while the Policy was in effect, the Property sustained significant direct physical loss as a result of a fire and the resulting fire suppression efforts (the "Loss"), resulting in damage to the insured premises in those areas and to the extent set forth in the estimate prepared by the Fair Claims Group, a copy of which is attached hereto as Exhibit "A".

9. Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of him under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

10. Defendant determined that Plaintiff suffered loss to property that was partially covered under the terms and conditions of the policy, but denied coverage for a portion of the loss.

11. Despite demand, Defendant has failed and refused to pay to Plaintiff the full amount of benefits due and owing under the Policy.

12. Defendant has breached its contractual obligations to pay benefits for a covered loss.

13. As a direct and proximate result of Defendant's failure to pay benefits owed under the Policy, Plaintiff has suffered damages, including but not limited to the cost to repair and restore the Insured Property, out-of-pocket expenses, and other consequential damages.

14. Defendant's refusal to pay the benefits due under the Policy constitutes a breach of contract.

WHEREFORE, Plaintiff, Miche Fontilus, demands judgment against Defendant, Travelers Personal Insurance Company, for an amount not less than $172,760.54, together with interest, costs of suit, and for such other and further relief as the Court deems just and proper.

## **RULE 1-313 CERTIFICATION**

I hereby certify that I am licensed to practice law in the State of Maryland.

                                          */s/ James T. Bacon*
                                          James T. Bacon

Respectfully submitted,

MICHE FONTILUS
By Counsel

**MAHDAVI, BACON, HALFHILL & YOUNG, PLLC**

By:  _/s/ James T. Bacon_____
  James T. Bacon, Esquire
  11350 Random Hills Rd., Suite 700
  Fairfax, VA  22030
  Attorney ID No. 9006040001
  703-352-1300
  703-352-1301 (facsimile)
  jbacon@mbhylaw.com
  Counsel for Plaintiff